```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

HISCOX DEDICATED CORPORATE
MEMBER, LTD.,

         Plaintiff,            Case No. 8:09-cv-2465-T-33AEP
v.

MATRIX GROUP LIMITED, INC.,
et al.,

         Defendants.
_____/
```

## ORDER

This cause is before the Court pursuant to the parties' Joint Motion for Permission to Bring Electronic Equipment into United States Courthouse (Doc. # 269).

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla. However, this Court will allow the following individuals to bring into the Federal Courthouse the delineated equipment beginning **September 22, 2011**, through the duration of the trial of this case, which is scheduled to commence September 26, 2011 and is estimated to last for 10-14 days.

(1) Matthew L. Litsky, Esq. - one cellular phone and a HP 530 laptop computer serial number CND7491HL1, battery charger, power devices, SVGA Cable, and Air Card;

(2) Vincent P. Beilman, Esq. - one cellular phone;

(3) Wesley W. Levins, Esq. - one cellular phone;

(4) Kimberly Jones, Esq. - one cellular phone;

(5) Gina Wever - one cellular phone;

(6) Carol Thoits - one cellular phone;

(7) Jack Dackson of Trial Consulting Services - flip chart with coordinating easel; Extron DA 4x4; Western Digital Hard Drive; IBM Lenovo Thinkpad (T60), serial number L3-A3505 06/04; ASUS K52J Laptop, serial number A1N0AS272438036; NEC AccuSync Computer Monitor; Berhinger Audio Mixer; folding table; associated power, audio and video cables, adapters and extension cords;

(8) Paul E. Parrish, Esq. - one cellular phone;

(9) Kelli A. Edson, Esq. - one cellular phone and a Lenovo Thinkpad, serial number R8-2VDD1, with associated air card, battery, power cords and accessories;

(10) Doug Knox, Esq. - one cellular phone and a Lenovo Thinkpad, serial number R8-2VDC7, with associated air card, battery, power cords and accessories;

(11) Michael V. Leeman, Esq. - one cellular phone and a Lenovo Thinkpad, serial number R8-2VDC6, with associated air card, battery, power cords and accessories;

    (12) John O'Connor - one cellular phone; a Lenovo Thinkpad, serial number R8-2NO2H, with associated air card, battery, power cords and accessories; a Lenovo Thinkpad, serial number R8-3KM83, with associated air card, battery, power cords and accessories; 16 Channel Network DMR, serial number TD22HVXS709637L, with associated power cord and monitor adapter; Samsung Monitor, serial number N050513129; 4 hard drives; red external hard drive and adaptor; UPS Cyber Power 650SL; associated power cords, audio and video cables and adaptors; battery charger, power devices, SVGA Cable, laser pointers, and computer diskettes; and projectors.[1]

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Counsel shall turn off cellular telephones in the Courtroom. Counsel may make use of cellular telephones outside of the Courtroom, such as in the attorney conference rooms and in the public areas of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and

---

[1] The motion is denied to the extent that it seeks permission for Defendant Louis Orloff to bring a cellular phone into the courthouse.

United States Marshals. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

The parties' Joint Motion for Permission to Bring Electronic Equipment into United States Courthouse (Doc. # 269) is **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>1st</u> day of September, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record