UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HISCOX DEDICATED CORPORATE
MEMBER, LTD.,

      Plaintiff,

v.                        Case No. 8:09-cv-2465-T-33TGW

MATRIX GROUP LIMITED, INC., and
LOUIS ORLOFF,

      Defendants.
_____/

## ORDER

This cause is before the Court pursuant to Plaintiff's Unopposed Emergency Motion to Disburse Funds in Court Registry (Doc. # 502), which was filed on January 14, 2013. In the Motion, Plaintiff explains that the parties have reached a settlement. Plaintiff indicates that, pursuant to the settlement, the $5,000.000.00 held in the Court's registry should be disbursed to Phelps Dunbar, LLP Trust Account and sent to Matthew Litsky, Phelps Dunbar, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602. The Court grants the Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Plaintiff's Unopposed Emergency Motion to Disburse Funds in Court Registry (Doc. # 502) is **GRANTED**.

(2)  The Clerk is directed to disburse all funds in the

Court's registry to Phelps Dunbar, LLP Trust Account, **LEAVING NO FUND LEFT ON DEPOSIT.**

(3)   The check should be sent to Matthew Litsky, Phelps Dunbar, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>15th</u> day of January 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2